Case 19-22158-GLT    Doc 35    Filed 10/05/19    Entered 10/06/19 00:40:26    Desc Imaged
Certificate of Notice    Page 1 of 2

FILED
10/3/19 2:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Donald A. Meuser Jr.<br>　　　　　　　　　　Debtor(s) | BK. NO. 19-22158 GLT |
| Toyota Motor Credit Corporation.<br>　　　　　　　　　　Movant<br>v.<br>Donald A. Meuser Jr.<br>　　　　　　　　　　Respondent<br>and<br>Jeffrey J. Sikirica, Trustee<br>　　　　　　　　　Additional Respondent | CHAPTER 7<br><br>Related to Docket No. 30 |

### DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

　　　　This _3rd day of October,_ 2019, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's Certification of Service and Certification of No Objection, it is

　　　　**ORDERED** that the above-captioned Motion is granted insofar as it requests relief from the Automatic Stay imposed by 11 U.S.C. Sections 362(d) with respect to vehicle, 2014 Toyota Camry, VIN: 4T1BF1FK8EU315727, .

　　　　Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest (unless they are otherwise served) and file a certificate of Service.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

cc:　　James C. Warmbrodt, Esquire
　　　　jwarmbrodt@kmllawgroup.com
　　　　KML Law Group, P.C.
　　　　BNY Independence Center
　　　　701 Market Street, Suite 5000
　　　　Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Donald A. Meuser, Jr.
    Debtor

Case No. 19-22158-GLT
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dpas    Page 1 of 1    Date Rcvd: Oct 03, 2019
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2019.
db          +Donald A. Meuser, Jr.,    9124 Maple Street,    Pittsburgh, PA 15239-1630

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2019 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor    Legacy Mortgage Asset Trust 2019-GS4
           bkgroup@kmllawgroup.com
          Jeffrey J. Sikirica    trusteesikirica@zoominternet.net, PA59@ecfcbis.com
          Kenneth Steidl    on behalf of Debtor Donald A. Meuser, Jr. julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Kevin Scott Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           pabk@logs.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          S. James Wallace    on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC
           sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                                                                 TOTAL: 8