# KML LAW GROUP, P.C.
**701 MARKET STREET, SUITE 5000**
**Philadelphia, PA 19106**
www.kmllawgroup.com

October 23, 2019

Donald A. Meuser Jr.
9124 Maple Street
Pittsburg, PA. 15239

RE:    Donald A. Meuser Jr.
        Bankruptcy Case Number:  19-22158 GLT
        Our File Number:  198524BK

Dear Sir or Madam:

    Enclosed for service upon you and your counsel, is a true and correct copy of the Order, filed by the lender, Toyota Motor Credit Corporation.

        KML LAW GROUP, P.C.

        **Saquanna Stewart, Paralegal**
        (215) 825-6368
        sstewart@kmllawgroup.com
        **for James Warmbrodt, Esquire**

Enclosure

cc:    Attorney:  Kenneth Steidl Esq.
        Trustee:  Jeffrey J. Sikirica

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Donald A. Meuser Jr.** <br>                         **Debtor(s)** <br><br> **Toyota Motor Credit Corporation.** <br>                         **Movant** <br>       vs. <br><br> **Donald A. Meuser Jr.** <br>                         **Debtor(s)** <br><br> **Jeffrey J. Sikirica**,         **Trustee** | **BK NO. 19-22158 GLT** <br><br> **Chapter 7** <br><br> **Related to Claim No. 34** |

## CERTIFICATE OF SERVICE OF ORDER

I, James Warmbrodt, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>October 23, 2019</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Donald A. Meuser Jr.
9124 Maple Street
Pittsburg, PA. 15239

<u>Attorney for Debtor(s)</u>
Kenneth Steidl, Esq.
707 Grant Street (VIA ECF)
Suite 2830, Gulf Tower
Pittsburgh, PA 15219

<u>Trustee</u>
Jeffrey J. Sikirica
121 Northbrook Drive (VIA ECF)
Pine Township
Gibsonia, PA 15044

Method of Service: electronic means or first class mail

Dated: <u>October 23, 2019</u>

                                                  **/s/ James Warmbrodt, Esquire**
                                                James Warmbrodt, Esquire
                                                KML Law Group, P.C.
                                                BNY Mellon Independence Center
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA  19106
                                                412-430-3594